UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY E. ARTIS,
C/O COROLYN TAYLOR,

Plaintiffs,

v.

Case Number 4:26-CV-12289
Honorable F. Kay Behm
United States District Judge

CODY D. BYERS, et. al.,

Defendants,
_______________________________________/

## JUDGMENT

The above entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on August 13, 2026,

**IT IS ORDERED AND ADJUDGED** that:

(1): The Complaint is **DISMISSED WITHOUT PREJUDICE**.
(2) **IT IS FURTHER CERTIFIED** that any appeal would not be undertaken in good faith.

**SO ORDERED.**

Date: August 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge